UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IMRAN HAMEED,
c/o HAMEED & SAFDER CO-OWNERS,

                    Plaintiff,

    -against-

LORI ALDANA and EDWARD ALDANA
41-50 78TH STREET CORP., PLUM HOLDING
CORP., JOHN DOE #1 through # 200,

                    Defendants.
-------------------------------------------------------------X

JUDGMENT
06-CV-3161 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 19 2007 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on January 4, 2007, granting plaintiff's complaint on res judicata grounds; and declining to impose injunctive relief or sanctions; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's complaint is dismissed on res judicata grounds; and that the Court declines to impose injunctive relief or sanctions.

Dated: Brooklyn, New York
       January 05, 2007

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court